IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MIDWAY GAMES INC., et al.,[1] | : | Case No. 09-10465 (KG) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | Related Docket Nos. 962 and 963 |

**NOTICE OF APPEAL PURSUANT TO FEDERAL RULE
OF BANKRUPTCY PROCEDURE 8001 AND 28 U.S.C. SECTION 158(a)(1)**

Warner Bros. Entertainment Inc., on its own behalf and on behalf of its subsidiary companies, including, without limitation, Warner Bros. Home Entertainment Inc. and WB Games Inc., by and through its undersigned counsel, hereby appeals under 28 U.S.C. §158(a)(1) from the Order and Memorandum Opinion of the United States Bankruptcy Court for the District of Delaware filed on April 5, 2010 [Docket Nos. 962 and 963].

The names of all parties to the Order and Memorandum Opinion appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

| **Parties** | **Counsel** |
|---|---|
| Warner Bros. Entertainment Inc., on its own behalf and on behalf of its subsidiary companies, including, without limitation, Warner Bros. Home Entertainment Inc. and WB Games Inc. | R. Craig Martin<br>Stuart M. Brown<br>Michelle E. Marino<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 777-7770<br>Facsimile: (302) 777-7263<br><br>- and - |

---

[1] Debtors are: Midway Games, Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios – Austin Inc., Midway Studios – Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC.

WLM 521037.2

|  |  |
|---|---|
|  | Jon L.R. Dalberg<br>Landau & Berger LLP<br>1801 Century Park East<br>Los Angeles, CA 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056 |
| Midway Games, Inc., Midway Home Entertainment Inc., Midway Amusement Games, LLC, Midway Interactive Inc., Surreal Software Inc., Midway Studios – Austin Inc., Midway Studios – Los Angeles Inc., Midway Games West Inc., Midway Home Studios Inc., and Midway Sales Company, LLC | Michael David Debaecke<br>David W. Carickhoff<br>Victoria A. Guilfoyle<br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br><br>- and -<br><br>Jeffrey N. Siegel<br>Marc E. Richards<br>Pamela E. Flaherty<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Telephone: (212) 885-5000<br>Facsimile: (212) 885-5001 |
| Official Committee of Unsecured Creditors | Andrew C. Irgens<br>Marcos Alexis Ramos<br>Mark D. Collins<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>- and -<br><br>Gregory A. Bray<br>Linda Dakin-Grimm<br>David Zolkin |

WLM 521037.2

- 3 -

                          Milbank, Tweed, Hadley & McCloy LLP
                          601 South Figueroa Street, 31st Floor
                          Los Angeles, CA 90017
                          Telephone: (213) 892-4000
                          Facsimile: (213) 629-5063

                          Roger Lee
                          Milbank, Tweed, Hadley & McCloy LLP
                          1 Chase Manhattan Plaza
                          New York, NY 10005
                          Telephone: (212) 530-5000
                          Facsimile: (212) 530-5219

Dated: April 16, 2010            Respectfully submitted,
      Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

/s/ R. Craig Martin
R. Craig Martin (Delaware Bar No. 5032)
Stuart M. Brown (Delaware Bar No. 4050)
Michelle E. Marino (Delaware Bar No. 4577)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 777-7770
Facsimile (302) 777-7263
rcmartin@eapdlaw.com

- and -

LANDAU & BERGER LLP
Jon L.R. Dalberg (California Bar No. 128259)
1801 Century Park East
Los Angeles, CA 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

*Counsel for Warner Bros. Entertainment Inc.*

WLM 521037.2